COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:      01-13-00750-CV

Trial Court Cause
Number:      2009-64336

Style:      In re Maersk Line, Limited

Date motion filed[*]:      November 12, 2013

Type of motion:      Joint Motion to Lift Stay of Trial Court Proceedings for Limited Purpose of Allowing Real Parties in Interest to File Nonsuit of All Claims in Underlying Cause

Party filing motion:      Relator

Document to be filed:

Is appeal accelerated? ☒ YES    ☐ NO

Ordered that motion is:

☒ Granted

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

The Court lifts the temporary stay entered in this case on September 4, 2013, for the sole purpose of authorizing the real parties in interest to file a nonsuit of all claims pending in the underlying cause. All other pre-trial proceedings shall remain stayed.

Judge's signature: /s/ Evelyn V. Keyes
     ☒ Acting individually    ☐ Acting for the Court

Panel consists of

Date: November 14, 2013